■ ROBERT GILL, Respondent, v DAVID A. GOUCHIE et al., Respondents, and ROBERT F. COOK, Appellant. [605 NYS2d 981] — Order unanimously reversed on the law with costs, motion granted and complaint dismissed. Same Memorandum as in *Gouchie v Gill* (198 AD2d 862 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.

■ MARY C. JOSEPH, Respondent, v ANGSTROM, INC., Defendant and Third-Party Plaintiff. ELKEM METALS, INC., Third-Party Defendant-Appellant, et al., Third-Party Defendant. [604 NYS2d 431] —Order insofar as appealed from unanimously reversed on the law without costs and cross motion granted. Memorandum: Supreme Court erred insofar as it denied the motion of third-party defendant Elkem Metals, Inc. (Elkem) to compel plaintiff to produce statements in her possession of Elkem's employees. A party may obtain a copy of his own statement and, if that party is a corporation, it is entitled to obtain any statements made by its employees to an opposing party (CPLR 3101 [e]; *Kaye v M & J Assocs.,* 46 AD2d 894; *Briggs v Spencerport Rd. Plaza,* 19 AD2d 943). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Discovery.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.